FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN
AUG 19 2026
KP
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:26-cr-00184 |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| LATHERIO FIZER | ) | 21 U.S.C. § 841(b)(1)(C) |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about July 27, 2026, in the Middle District of Tennessee, the defendant, **LATHERIO FIZER,** knowingly distributed and possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT TWO

THE GRAND JURY CHARGES:

On or about July 30, 2026, in the Middle District of Tennessee, the defendant, **LATHERIO FIZER,** knowingly distributed and possessed with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

[redacted]

FOREPERSON

BRADEN H. BOUCEK
UNITED STATES ATTORNEY

ROBERT E. McGUIRE
FIRST ASSISTANT UNITED STATES ATTORNEY