## MAGISTRATE JUDGE EVANS COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

**U.S.A. v.** Lathario Fizer, **No.** 3:26-cr-184

**ATTORNEY FOR GOVERNMENT:** Rachel Stephens

**ATTORNEY FOR DEFENDANT:** Meggan Sullivan ☐ **AFPD** ■ **Panel** ☐ **Retained**

**PRETRIAL SERVICES/PROBATION OFFICER:** Johnny Franklin

**INTERPRETER NEEDED?** ☐ **YES** ☒ **NO** **LANGUAGE:** ______
**INTERPRETER:** ______ ☐ **PRESENT** ☐ **TELEPHONE** ☐ **VIDEO**

☐ **Defendant consents to appear before the Magistrate Judge by video**

■ **INITIAL APPEARANCE** ☐ **ON A SUMMONS** ■ **ARRESTED ON:** August 20, 2026

DEFENDANT HAS A COPY OF:

☐ Complaint ■ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other: ______
■ Defendant advised of the charges & maximum penalties ☐ Defendant provided the financial affidavit
■ Defendant advised right of counsel ☐ Counsel retained ■ FPD appointed
■ Defendant advised of right to silence ☐ Defendant advised of right to Consular Notification
■ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
☐ Defendant advised of right to preliminary hearing ☐ Defendant waived preliminary hearing
■ Government filed motion for detention ■ Defendant waived detention hearing
☐ Defendant temporarily detained ■ Defendant reserved right to hearing in future
■ Defendant to remain in Federal custody ☐ Defendant to be returned to State custody
☐ Defendant to remain on current conditions of supervised release
☐ Defendant released on:
☐ Standard ☐ Special ☐ Appearance Bond: ______ ☐ Property Bond
☐ RULE 5- Defendant advised of right to identity hearing ☐ Defendant waived identity hearing
☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY** ☐ **DETENTION** ☐ **ARRAIGNMENT CONTINUED TO:** ______
☐ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT** (Waiver of Indictment executed)
■ **ARRAIGNMENT**
■ Defendant acknowledges receipt of Indictment/Information ☐ Indictment/Information read to Defendant
■ Defendant waived reading thereof ☐ Court advised maximum penalties
**PLEA:** ☐ **GUILTY** ■ **NOT GUILTY**
☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** August 20, 2026 **TOTAL TIME:** 5 minutes
**BEGIN TIME:** 1:13 p.m. **END TIME:** 1:18 p.m.
■ **Digitally Recorded** ☐ **Court Reporter:** ______

2 minutes AR
3 minutes IA

Revised on 8/14/25